McGREGOR W. SCOTT
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
victoria.boesch@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEZUMA HARBOR, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF THE UNITED STATES AIR FORCE,<br><br>　　　　　　　　Defendant. | CASE NO. 2:19-cv-00831-JAM-KJN<br><br>**STIPULATION AND ORDER TO SET ASIDE ENTRY OF DEFAULT AND SUBSTITUTE THE UNITED STATES AS THE DEFENDANT** |

Plaintiff Montezuma Harbor, LLC and the United States hereby agree and request that the Court set aside the default entered on August 30, 2019, against the Department of the United States Air Force (Dkt. 8). The Department of the Air Force was not in default because the United States had not been served. *See* Federal Rule of Civil Procedure 4(i)(2) (explaining that service on a federal agency must include service on the United States); *id.* at 4(i)(1) (explaining that serving the United States includes serving the United States Attorney's Office and the Attorney General). Undersigned counsel for the United States has agreed to accept service of the complaint for the United States Attorney's Office for the Eastern District of California by email. Plaintiff will serve the Attorney General by certified mail.

Plaintiff and the United States also agree and request that the Court substitute the United States as the Defendant in place of the Department of the United States Air Force because the United States is

the only permissible defendant in a Federal Tort Claims Act lawsuit. *See F.D.I.C. v. Craft*, 157 F.3d 697, 706 (9th Cir. 1998) ("The FTCA is the exclusive remedy for tortious conduct by the United States, and it only allows claims against the United States. Although such claims can arise from the acts or omissions of United States agencies (28 U.S.C. § 2671), an agency itself cannot be sued under the FTCA."). The parties agree that the complaint will be deemed to have been filed against the United States on the date it was originally filed against the Department of the United States Air Force.

Respectfully submitted,

Dated: September 6, 2019

McGREGOR W. SCOTT
United States Attorney

By: */s/ Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney
Attorneys for the United States

Dated: September 6, 2019

*/s/ Matthew Robert Schoech(authorized (9/6/19)*
MATTHEW ROBERT SCHOECH
Schoech Law Group
Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: 9/6/2019

/s/ John A. Mendez

JOHN A. MENDEZ
United States District Court Judge