McGREGOR W. SCOTT
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
victoria.boesch@usdoj.gov

Attorneys for the United States

Matthew R. Schoech, Esq. (SBN 234774)
SCHOECH LAW GROUP, PC
4020 Lennane Drive, Ste. 102
Sacramento, CA 95834
Tel:  (916) 569-1940
Fax:  (916) 569-1939
Email:  matt@norcallawfirm.com

Attorneys for Plaintiff, Montezuma Harbor, LLC

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MONTEZUMA HARBOR, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>UNITED STATES OF AMERICA ,<br><br>　　　　　　　　　　Defendant. | CASE NO.  2:19-cv-00831-JAM-KJN<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINES TO SERVE EXPERT DISCLOSURES** |
|---|---|

　　　　Plaintiff Montezuma Harbor, LLC and Defendant the United States, by and through their counsel, do hereby stipulate to and respectfully request that the Court extend the deadline to serve expert witness disclosures under Fed. R. Civ. P. 26(a)(2) as detailed below.  This extension will not otherwise affect the schedule set by this Court's scheduling order (Dkt. 15).  Good cause exists for the requested extension because of complications and delays since mid-March associated with the Covid-19 pandemic, including delays in gathering and providing information in discovery and working with

Plaintiff's retained expert.  No prior extensions have been sought.

| PARTY | DEADLINE FOR DISCLOSURE OF EXPERT WITNESSES PER STATUS (Pre-Trial Scheduling) ORDER DATED DECEMBER 4, 2019 | NEW DEADLINE |
|---|---|---|
| Plaintiff, Montezuma Harbor, LLC | August 7, 2020 | **September 7, 2020** |
| Defendant, United States of America | September 11, 2020 | **October 16, 2020** |
| Supplemental and Rebuttal Experts | October 2, 2020 | **October 30, 2020** |

Respectfully submitted,

Dated:  August 5, 2020

McGREGOR W. SCOTT
United States Attorney

By: */s/ Victoria L. Boesch (authorized 8/5/20)*
VICTORIA L. BOESCH
Assistant United States Attorney
Attorneys for the United States

Dated:  August 5, 2020

*/s/ Matthew Robert Schoech*
MATTHEW ROBERT SCHOECH
Schoech Law Group
Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated:   August 5, 2020

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge