1  McGREGOR W. SCOTT
   United States Attorney
2  VICTORIA L. BOESCH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5  victoria.boesch@usdoj.gov

6  Attorneys for the United States

7  Matthew R. Schoech
   SCHOECH LAW GROUP, PC
8  4020 Lennane Drive, Ste. 102
   Sacramento, CA 95834
9  Tel:  (916) 569-1940
   Fax:  (916) 569-1939
10 www.norcallawfirm.com

11 Attorneys for Plaintiff Montezuma Harbor, LLC

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MONTEZUMA HARBOR, LLC, | CASE NO.  2:19-cv-00831-JAM-KJN |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that a settlement conference be scheduled in this matter before the Honorable Allison Claire.  Judge Claire's chambers has confirmed her availability for the Settlement Conference on March 18, 2021, at 9:00 a.m.

/ / /

/ / /

/ / /

1                           Respectfully submitted,

2                           McGREGOR W. SCOTT
                            United States Attorney

3

4 Dated: December 2, 2020         By:   */s/ Victoria L. Boesch*
                            VICTORIA L. BOESCH

5                           Assistant United States Attorney

6                           Attorneys for the United States

7

8 Dated: December 2, 2020         */s/ Matthew R. Schoech (authorized 12/2/20)*
                            MATTHEW R. SCHOECH

9                           Schoech Law Group, PC

10                          Attorneys for Plaintiff Montezuma Harbor, LLC

11 **IT IS SO ORDERED**

12 Dated: December 2, 2020         /s/ John A. Mendez

13                           THE HONORABLE JOHN A. MENDEZ
                          UNITED STATES DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28