MATTHEW R. SCHOECH, ESQ. (SBN 234774)
**SCHOECH LAW GROUP, PC**
3511 Del Paso Rd., Ste. 160 PMB 227
Sacramento, CA 95835
Tel:  (916) 569-1940
Fax:  (916) 569-1939
Email:  matt@norcallawfirm.com

GLEN A. VAN DYKE, SBN: 183796
MEGAN DEHERRERA, SBN: 306646
**VAN DYKE LITIGATION & TRIAL ATTORNEYS, P.C.**
940 Southwood Blvd., Ste. 102
Incline Village, NV 89451
Tel: (530) 214-3667
glen@vdlitigation.com
megan@vdlitigation.com

Attorneys for Plaintiff, Montezuma Harbor, LLC

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MONTEZUMA HARBOR, LLC,<br><br>     Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA ,<br><br>     Defendant. | CASE NO.  2:19-cv-00831-JAM-KJN<br><br>**AMENDED JOINT STIPULATION AND ORDER TO EXTEND DEADLINES RELATING TO DISPOSITIVE MOTIONS** |
|---|---|

  Plaintiff Montezuma Harbor, LLC and Defendant the United States, by and through their counsel, do hereby stipulate to and respectfully request that the Court extend the deadline to file and serve Plaintiff's Opposition to Defendant's Motion for Summary Judgment, Defendant's Reply in Support of Motion for Summary Judgment, and to continue the hearing date on Defendant's Motion for Summary Judgment.  This extension will not otherwise affect the schedule set by this Court's scheduling order (Dkt. 15).  Good cause exists for the requested extension because of limited time available for Plaintiff to prepare its opposition due to other conflicts from other cases including an arbitration,

multiple depositions, trial preparation for a complex civil action in San Francisco Superior Court, a court ordered Mandatory Settlement Conference.  Additionally, the adjustment of the schedule will allow for the court ordered settlement conference in this matter to proceed and potentially resolve the case prior to the hearing on the Motion for Summary Judgment.   No prior extensions of these deadlines have been sought.

| EVENT | DEADLINE FOR DISPOSITIVE MOTIONS (Pre-Trial Scheduling) ORDER DATED DECEMBER 4, 2019 | NEW DEADLINE |
|---|---|---|
| Plaintiff, Montezuma Harbor, LLC, Opposition to Defendant, United States of America's, Motion for Summary Judgment | February 23, 2021 | **March 4, 2021** |
| Defendant, United States of America, Reply in Support of Motion for Summary Judgment | March 2, 2021 | **March 16, 2021** |
| Hearing on Defendant, United States of America's Motion for Summary Judgment | March 9, 2021 | **April 6, 2021** |

Respectfully submitted,

Dated:  February, 17, 2021

McGREGOR W. SCOTT
United States Attorney


*/s/ Victoria L. Boesch (authorized on 2/17/21)*
VICTORIA L. BOESCH
Assistant United States Attorney
Attorneys for the United States


Dated:  February 17, 2021

*/s/ Glen A. Van Dyke*
GLEN A. VAN DYKE
Van Dyke Litigation & Trial Attorneys, P.C.
Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated:  February 18, 2021        /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE